Eldon BUGG, Appellant,

v.

James L. RUTTER, et al., Respondents.

No. WD 77282.

Missouri Court of Appeals,
Western District.

Oct. 14, 2014.

Motion for Rehearing and/or Transfer
to Supreme Court Denied Nov.
25, 2014.

Application for Transfer Denied
Feb. 3, 2015.

Eldon Bugg, Appellant Pro-se.

Bruce Farmer, for Respondents.

Before Division Two: VICTOR C.
HOWARD, Presiding Judge, JAMES E.
WELSH, Judge and ANTHONY REX
GABBERT, Judge.

### ORDER

PER CURIAM:

Eldon Bugg appeals the judgment of the
trial court dismissing with prejudice his
petition against James Rutter and Jean
Goldstein for malicious prosecution, money
had and received, unjust enrichment, con-
version, and conspiracy. Because a pub-
lished opinion would have no precedential
value, a memorandum has been provided
to the parties.

The judgment is affirmed. Rule
84.16(b).